ATLANTA MACHINE WORKS, Respondent, v. FELTHOUSEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by the Atlanta Machine Works against Edward G. Felthousen. No opinion. Motion granted, and appeal dismissed, without costs.

ATWELL v. RABINOFF. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Ben H. Atwell against Max Rabinoff. No opinion. Motion denied, with $10 costs. Order filed.

BAKE, Respondent, v. UNITED STATES METAL PRODUCTS CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 20, 1913.) Action by Charles G. F. Bake against the United States Metal Products Company and another. No opinion. Judgment and order unanimously affirmed, with costs.

BAKER et al., Respondents, v. COUCH et al., Appellants. (Supreme Court, Appellate Division, First Department. May 29, 1913.) Action by Richard H. W. Baker and others against Samuel H. Couch and others. W. F. Clare, of New York City, for appellants. G. B. Class, of New York City, for respondents. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed.

In re BAKER AVE. (two cases). (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of Baker Avenue. No opinion. Motions granted, with $10 costs. Orders filed.

In re BALDWIN. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) In the matter of the judicial settlement of the accounts of Anson Baldwin, as trustee, etc., of Abijah Curtiss, deceased. No opinion. Decree (74 Misc. Rep. 341, 133 N. Y. Supp. 1109) of the Surrogate's Court of Westchester county affirmed, with costs.

BALDWIN v. AMERICAN FINANCE & SECURITIES CO. (two cases). (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. No opinion. Motions granted, with $10 costs. Orders filed. See, also, 156 App. Div. 941, 141 N. Y. Supp. 1108.

BALDWIN v. AMERICAN FINANCE & SECURITIES CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 156 App. Div. 941, 141 N. Y. Supp. 1108; 142 N. Y. Supp. 1107.

BALDWIN v. AMERICAN FINANCE & SECURITIES CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Lilla M. Baldwin against the American Finance & Securities Company. No opinion. Motions granted, on conditions stated in memorandum; otherwise, denied, with $10 costs. Settle order on notice. Memorandum per curiam. See, also, 142 N. Y. Supp. 1107.

BALL v. DWYER. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by William J. Ball against Matt Dwyer. No opinion. Application denied, with $10 costs. Order signed.

BARBIERI, Respondent, v. ROCHESTER VULCANITE PAVEMENT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Salvatore Barbieri against the Rochester Vulcanite Pavement Company. No opinion. Judgment and order affirmed, with costs.

BARHITE, Appellant, v. BARHITE et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by William E. Barhite against Mary A. Barhite, individually and as administratrix, etc., and others. No opinion. Judgment affirmed, with costs.

BARNES et al., Respondents, v. MIDLAND R. TERMINAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Sarah H. Barnes and others against the Midland Railroad Terminal Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements, without prejudice to an application to Special Term, if the receiver hereafter gets possession, for an increased bond by the receiver. See, also, 153 App. Div. 365, 138 N. Y. Supp. 546.

BARON, Respondent, v. BALL ELECTRICAL ILLUMINATING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) Action by Max Baron against the Ball Electrical Illuminating Company and others. No opinion. Order modified, by striking from the complaint the allegations thereof marked "Ninth," "Tenth," and "Eleventh," as merely evidentiary and irrelevant, and, as so modified, affirmed, without costs.

BARRY, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 4, 1913.) Action by Patrick M. Barry, as administrator, etc., against the Solvay Process Company. No opinion. Judgment affirmed, with costs.

BAUCHETTI, Appellant, v. GORSLINE & SWAN CONST. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.